

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-16-00055-CV

**IN THE INTEREST OF W.T.H., A CHILD**,

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-06-00125-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

By order dated April 20, 2016, appellant was ordered to file his brief by May 20, 2016. Because appellant failed to request the reporter's record in response to two prior orders, the April 20, 2016 order noted this court would only consider those issues raised in appellant's brief that did not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court